1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
2  LEO S. WOLPERT, Nevada Bar No. 12658
   **MCLETCHIE LAW**
3  602 South Tenth Street
   Las Vegas, NV 89101
4  Telephone: (702) 728-5300
5  Fax: (702) 425-8220
   Email: maggie@nvlitigation.com
6  *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| ALEXANDRIA DEVORE, an individual, | **Case. No.:** 2:22-cv-01045-CDS-BNW |
|---|---|
| Plaintiffs, vs. | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO AMEND COMPLAINT OR OPPOSE DEFENDANT'S MOTION TO DISMISS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; LIEUTENANT KURT MCKENZIE, an individual, UNKNOWN OFFICERS 1-12, individuals, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff ALEXANDRIA DEVORE and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF JOSEPH LOMBARDO, and LIEUTENANT KURT MCKENZIE, by and through their respective counsel, hereby stipulate and request that this Court extend the deadlines for Plaintiff to file an amended complaint or response in opposition to Defendants' Motion to Dismiss (ECF No. 7) to be extended from the current deadline of August 25, 2022, by fourteen (14) days to **September 8, 2022**.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiff's counsel's schedule and the desire to promote judicial efficiency.

. . .

. . .

1

WHEREFORE, the parties respectfully request that this Court order the deadline extended as stated above.

**IT IS SO STIPULATED.**

DATED this 15th day of August, 2022          DATED this 15th date of August, 2022

MCLETCHIE LAW                                                MARQUIS AURBACH

*/s/ Margaret A. McLetchie*                                 */s/ Jackie V. Nichols*
Margaret A. McLetchie, Esq. (10931)          Jackie V. Nichols, (14246)
Leo S. Wolpert, Esq. (12658)                        10001 Park Run Drive
602 South Tenth St.                                         Las Vegas, NV 89145
Las Vegas, NV 89101                                     E-mail: jnichols@maclaw.com
*Attorneys for Plaintiffs*                                 *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 18, 2022

2