**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, and Lt. Kurt McKenzie

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXANDRIA DEVORE, an individual,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; LIEUTENANT KURT MCKENZIE, an individual, UNKNOWN OFFICERS 1-12, individuals,

Defendants.

Case Number: 2:22-cv-01045-CDS-BNW

**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**

**(FIRST REQUEST)**

The Parties, Plaintiff Alexandria Devore ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and N. Pieter M. O'Leary, Esq. of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo") and Lieutenant Kurt McKenzie ("McKenzie"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1. LVMPD Defendants filed its Motion for Partial Dismissal on August 11, 2022 [ECF No. 7];

2. Plaintiff's Opposition to LVMPD Defendants' Motion for Partial Dismissal was filed on September 8, 2022 [ECF No. 11];





MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. Defense counsel was in trial in *Faye Rivera, et al. v. Las Vegas Metropolitan Police Department, et al.*, Eighth Judicial District Court, Clark County, Case No. A-17-766014-C from September 6, 2022 through September 12, 2022, and has not had an opportunity to review and prepare a reply in support of LVMPD Defendants' Motion for Partial Dismissal;

4. The Parties have agreed to a one-week extension for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal;

5. Accordingly, the deadline for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal, currently due on September 15, 2022, be extended to and including Thursday, September 22, 2022;

6. This is the Parties' first request to extend the deadline for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal; and

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 15th day of September, 2022

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
N. Pieter M. O'Leary, Esq.
Nevada Bar No. 15297
602 South 10th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Alexandria Devore

DATED this 15th day of September, 2022

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, and Lt. Kurt McKenzie

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 16th day of September, 2022.

UNITED STATES DISTRICT JUDGE





MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816