**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph
   Lombardo, Lt. Kurt McKenzie, Officer Sonny Uranich, and Officer Patrick Weslowski

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALEXANDRIA DEVORE, an individual,

Plaintiff

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a municipal corporation;
SHERIFF JOSEPH LOMBARDO, an
individual; LIEUTENANT KURT
MCKENZIE, an individual, SONNY
URANICH, an individual, PATRICK
WESLOWSKI, an individual, UNKNOWN
OFFICERS 3-12, individuals,

Defendants

Case Number:
2:22-cv-01045-CDS-BNW

**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS'
OPPOSITIONS TO PLAINTIFF'S MOTION FOR RELIEF FROM ORDER
GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL [FRCP 60(b)]
AND PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED
COMPLAINT**

**(FIRST REQUEST)**

   The Parties, Plaintiff Alexandria Devore ("Plaintiff"), by and through their counsel

of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and N. Pieter M. O'Leary,

Esq. of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department

(the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Lieutenant Kurt

McKenzie ("McKenzie"), Officer Sonny Uranich ("Uranich") and Officer Patrick

Weslowski ("Weslowski"), collectively ("LVMPD Defendants"), by and through their

MAC:14687-421 5111661_1 6/6/2023 3:14 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1.      Plaintiff filed her Motion for Relief from Order Granting Defendants' Motion for Partial Dismissal [FRCP 60(b)] on May 23, 2023 [ECF No. 38];

2.      Plaintiff filed her Motion for Leave to File a Second Amended Complaint on May 23, 2023 [ECF No. 39];

3.      LVMPD Defendants Responses to Plaintiff's Motion for Relief from Order Granting Defendants' Motion for Partial Dismissal [FRCP 60(b)] AND Plaintiff's Motion for Leave to File a Second Amended Complaint is currently due on June 6, 2023.

4.      Counsel for LVMPD Defendants has had several competing deadlines and has not be able to fully reviews the motions and prepare responses to the same.

5.      The Parties have agreed to a one-week extension for LVMPD Defendants' Oppositions to Plaintiff's Motion for Relief from Order Granting Defendants' Motion for Partial Dismissal [FRCP 60(b)] AND Plaintiff's Motion for Leave to File a Second Amended Complaint;

6.      Accordingly, the deadline for Responses to Plaintiff's Motion for Relief from Order Granting Defendants' Motion for Partial Dismissal [FRCP 60(b)] AND Plaintiff's Motion for Leave to File a Second Amended Complaint, currently due on June 6, 2023, be extended to and including Tuesday, June 13, 2023;

7.      This is the Parties' first request to extend the deadline for LVMPD Defendants' Responses to Plaintiff's Motion for Relief from Order Granting Defendants' Motion for Partial Dismissal [FRCP 60(b)] AND Plaintiff's Motion for Leave to File a Second Amended Complaint; and

. . .

. . .

. . .

. . .

. . .

MAC:14687-421 5111661_1 6/6/2023 3:14 PM

MARQUIS AURBACH

10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

8. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 6th day of June, 2023

DATED this 6th day of June, 2023

MCLETCHIE LAW

MARQUIS AURBACH

By: ___/s/ Margaret A. McLetchie___
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    N. Pieter M. O'Leary, Esq.
    Nevada Bar No. 15297
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Alexandria
    Devore

By: ___/s/ Jackie V. Nichols___
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department, Sheriff
    Joseph Lombardo, Lt. Kurt McKenzie,
    Officer Sonny Uranich, and Officer
    Patrick Weslowski

**ORDER**

The above stipulation is hereby GRANTED, nunc pro tunc, to the date of the

request. IT IS SO ORDERED.

DATED: June 7, 2023

_____
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-421 5111661_1 6/6/2023 3:14 PM