1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
   N. PIETER M. O'LEARY, Nevada Bar No. 15297
2  LEO S. WOLPERT, Nevada Bar No. 12658
   **MCLETCHIE LAW**
3  602 South Tenth Street
   Las Vegas, NV 89101
4  Telephone: (702) 728-5300
   Fax: (702) 425-8220
5  Email: maggie@nvlitigation.com
   *Counsel for Plaintiff*
6

7              **UNITED STATES DISTRICT COURT**
8                  **DISTRICT OF NEVADA**

9  ALEXANDRIA DEVORE, an individual,        | **Case. No.:** 2:22-cv-01045-CDS-BNW
10
                 Plaintiffs,                  | **STIPULATION AND ORDER TO**
11         vs.                                | **EXTEND PLAINTIFF'S TIME TO**
                                              | **REPLY TO LVMPD DEFENDANTS'**
12 LAS VEGAS METROPOLITAN POLICE             | **OPPOSITION TO PLAINTIFF'S**
   DEPARTMENT, a municipal corporation;      | **MOTION FOR LEAVE TO FILE A**
13 SHERIFF JOSEPH LOMBARDO, an               | **SECOND AMENDED**
   individual; LIEUTENANT KURT               | **COMPLAINT**
14 MCKENZIE, an individual, SONNY            |
   URANICH, an individual, PATRICK           | **(FIRST REQUEST)**
15 WESLOWSKI, an individual, UNKNOWN         |
   OFFICERS 3-12, individuals,               |
16
17
                 Defendants.                  |
18

19        The Parties, Plaintiff Alexandria Devore ("Plaintiff"), by and through their counsel

20 of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and N. Pieter M. O'Leary,

21 Esq. of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the

22 "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Lieutenant Kurt

23 McKenzie ("McKenzie"), Officer Sonny Uranich ("Uranich") and Officer Patrick

24 Weslowski ("Weslowski"), collectively ("LVMPD Defendants"), by and through their

25 counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach,

26 and hereby agree and jointly stipulate the following:

27        1.     Plaintiff filed her Motion for Relief from Order Granting Defendants'

28 Motion for Partial Dismissal [FRCP 60(b)] on May 23, 2023 [ECF No. 38];

                              1

2.	Plaintiff filed her Motion for Leave to File a Second Amended Complaint on May 23, 2023 [ECF No. 39];

3.	The Parties stipulated to extend LVMPD Defendants Responses to both Plaintiff's Motion for Relief from Order Granting Defendants' Motion for Partial Dismissal [FRCP 60(b)] AND Plaintiff's Motion for Leave to File a Second Amended Complaint from June 6, 2023, to June 13, 2023 (ECF No. 45.)

4.	Counsel for Plaintiff is able to timely file her Reply in Support of her Motion for Relief from Order Granting Defendants' Motion for Partial Dismissal [FRCP 60(b)], but due to completing deadlines, is unable to fully prepare a Reply in Support of her Motion for Leave to File a Second Amended Complaint.

5.	The Parties have agreed to a one-week extension for Plaintiff to file her Reply in Support of her Motion for Leave to File a Second Amended Complaint;

6.	Accordingly, the deadline for Plaintiff's Reply in Support of her Motion for Leave to File a Second Amended Complaint, currently due on June 20, 2023, be extended to and including Tuesday, June 27, 2023;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7.      This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiff's counsel's schedule and the desire to promote judicial efficiency.

**IT IS SO STIPULATED.**

DATED this 16th day of June, 2023                    DATED this 16th day of June, 2023

**MCLETCHIE LAW**                                    **MARQUIS AURBACH**

By: */s/ N. Pieter M. O'Leary*                       By: */s/ Jackie V. Nichols*
Margaret A. McLetchie, Esq.                          Craig R. Anderson, Esq.
Nevada Bar No. 10931                                 Nevada Bar No. 6882
Leo S. Wolpert, Esq.                                 Jackie V. Nichols, Esq.
Nevada Bar No. 12658                                 Nevada Bar No. 14246
N. Pieter M. O'Leary, Esq.                           10001 Park Run Drive
Nevada Bar No. 15297                                 Las Vegas, Nevada 89145
602 South 10th Street                                *Attorneys for Defendants Las Vegas*
Las Vegas, Nevada 89101                              *Metropolitan Police Department, Sheriff*
*Attorneys for Plaintiff Alexandria*                 *Joseph Lombardo, Lt. Kurt McKenzie,*
*Devore*                                             *Officer Sonny Uranich, and Officer*
                                                     *Patrick Weslowski*

<u>**ORDER**</u>

**IT IS SO ORDERED.**
DATED: June 20, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3