**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendant Las Vegas Metropolitan Police Department

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDRIA DEVORE, an individual,<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; LIEUTENANT KURT MCKENZIE, an individual, SONNY URANICH, an individual, PATRICK WESLOWSKI, an individual, UNKNOWN OFFICERS 3-12, individuals,<br><br>Defendants | Case Number:<br>22-cv-01045-CDS-BNW<br><br>**STIPULATION AND ORDER TO STAY CASE FOR SETTLEMENT NEGOTIATIONS**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 59] |

The Parties, Plaintiff Alexandria Devore ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and N. Pieter M. O'Leary, Esq. of McLetchie Law, and Defendant, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

**WHEREAS:**

1. On July 1, 2022, Plaintiff filed her Complaint (ECF No. 1).
2. On April 11, 2023, Plaintiff filed her First Amended Complaint (ECF No. 29).

MAC:14687-421 5234951_1 11/7/2023 3:44 PM

3. In accordance with Rule 26 of the Federal Rules of Civil Procedure, with Rule 26-1 of the Local Rules of the United States District Court for the District of Nevada, the Parties met and conferred via telephone on July 29, 2022 and September 15, 2022, and submitted their Amended Stipulated Discovery Plan and Scheduling Order for the court's approval on September 23, 2022 (ECF No. 18).

4. On April 25, 2023, Defendants filed their Motion for Partial Dismissal (ECF No. 34).

5. On May 18, 2023, the Court granted Defendants' Motion for Partial Dismissal (ECF No. 37).

6. On May 23, 2023, Plaintiff filed her Motion for Relief for Order Granting Defendants' Motion for Partial Dismissal (ECF No. 38).

7. On May 23, 2023, Plaintiff filed her Motion for Leave to File a Second Amended Complaint (ECF No. 39).

8. On June 1, 2023, Defendants filed their Answer to Plaintiff's First Amended Complaint (ECF No. 40).

9. On June 8, 2023, the Court granted the Parties' Stipulation and Order to Extend Discovery Deadlines (ECF No. 44), extending, among other dates, the Discovery Cut-Off date to December 5, 2023, and the deadline for the Joint Pretrial Order to February 2, 2024.

10. On August 21, 2023, the Court granted the Parties' Stipulation and Order for 60-Day Extension of Stay for Settlement Negotiations (ECF No. 57), staying the case until October 20, 2023.

11. On August 22, 2023, the court ordered Plaintiff's Motion for Relief for Order Granting Defendants' Motion for Partial Dismissal (ECF No. 38) and Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 39) are denied without prejudice (ECF No. 58).

12. As such, the Parties met and conferred in good faith and have agreed to extend the stay on all discovery and pre-trial deadlines in this matter for an additional sixty

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

(60) days to effectuate settlement negotiations in good faith in an effort to resolve Plaintiff's claims in order to limit attorneys' fees, court resources and to further the likelihood of potential resolution.

## STIPULATION

13. Accordingly, based on the Parties' good faith desire to attempt to resolve the matter via settlement, the Parties hereby stipulate to stay all current discovery and pre-trial deadlines as set forth in the Stipulation and Order to Extend Deadlines (ECF No. 44) for an additional period of sixty (60) days.

14. The stay period will commence the day following the entry of this Court's order.

. . .

MAC:14687-421 5234951_1 11/7/2023 3:44 PM

15. The Parties further agree that, in the event settlement is not reached, that an additional stipulation and order to extend deadlines will be necessary (extending the current deadlines by the time the stay is in effect) and will meet and confer regarding the same and lifting the stay of current deadlines and will submit a revised proposed scheduling order within twenty-one (21) days of the expiration of the Court's sixty (60) day stay.

IT IS SO STIPULATED.

DATED this 7th day of November, 2023

MCLETCHIE LAW

By: /s/ N. Pieter M. O'Leary
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
N. Pieter M. O'Leary, Esq.
Nevada Bar No. 15297
602 South 10th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Alexandria Devore

DATED this 7th day of November, 2023

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant Las Vegas Metropolitan Police Department

## ORDER

IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. The Clerk of Court is instructed to stay this case.

IT IS FURTHER ORDERED that the parties must file either (1) a stipulation and order to extend deadlines as outlined above, or (2) a joint status report addressing the status of settlement, on or before January 31, 2024.

_____
UNITED STATES DISTRICT JUDGE
DATED: November 8, 2023

MAC:14687-421 5234951_1 11/7/2023 3:44 PM