**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Sheriff Joseph Lombardo and
  Lieutenant Kurt McKenzie

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRIA DEVORE, an individual, <br><br> Plaintiff <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; LIEUTENANT KURT MCKENZIE, an individual, SONNY URANICH, an individual, PATRICK WESLOWSKI, an individual, and UNKNOWN OFFICERS 3-12, individuals, <br><br> Defendants | Case Number:  EJY <br> 2:22-cv-01045-CDS-~~DNW~~ <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department, Sheriff Lombardo and Lt. McKenzie ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiff Alexandria DeVore ("Plaintiff"), by and through her attorney of record, McLetchie Law, that the above-referenced matter be dismissed with prejudice; and

/ / /

MAC: 14687-421 (#5852247.1)

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 16th day of April, 2025.

| MARQUIS AURBACH | MCLETCHIE LAW |
|---|---|
| By: *s/Nick D. Crosby*<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for LVMPD Defendants | By:  *s/Margaret A. McLetchie*<br>Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South Tenth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: April 17, 2025

_____
Cristina D. Silva
United States District Judge